John P. Aldrich
Nevada Bar No.: 6877
Catherine Hernandez
Nevada Bar No.: 8410
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 227-1975 (Fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIMEKA GRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS; a political subdivision of the State of Nevada; TERRY GRAHAM, an individual; OFFICER DOES 1-10, individually and in their official capacity as NLVPD officers, inclusive; OFFICER DOES 11-20, individually and in their official capacity as corrections officers for the CITY OF LAS VEGAS, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. : 2:13-cv-01815-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOF FILING OF DISPOSITIVE MOTIONS**<br><br>(Second Request) |

COMES NOW, Plaintiff and Defendants, by and through their respective counsel of record and hereby stipulate that the scheduled date of filing of Dispositive Motions, currently due on Tuesday, April 21, 2015, be extended 21 days up to and including May 11, 2015.

This second request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to prepare dispositive motions.

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the dispositive motion deadline twenty-one (21) days up to and including May 11, 2015.

| | |
|---|---|
| Dated this 21st day of April, 2015. | Dated this 21st day of April, 2015. |
| ALDRICH LAW FIRM, LTD. | LEWIS BRISBOIS BISGAARD SMITH, LLP |
| /s/ John P. Aldrich | /s/ Robert W. Freeman |
| John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>Stephanie Cooper Herdman<br>Nevada Bar No. 5919<br>1601 S. Rainbow Blvd., Suite 160<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* | Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendants*<br>*City of North Las Vegas, North Las Vegas*<br>*Police Department, and Officer Terry Graham* |

Dated this 21st day of April, 2015.

DEPUTY CITY ATTORNEY - LAS VEGAS

/s/Jack O. Eslinger
Jack O. Eslinger, Esq.
Nevada Bar No. 8443
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas*

## ORDER

IT IS SO ORDERED.

Dated this __1st__ day of __May__, 2015.

~~U.S. DISTRICT COURT JUDGE~~
U.S. MAGISTRATE JUDGE