John P. Aldrich
Nevada Bar No.: 6877
Catherine Hernandez
Nevada Bar No.: 8410
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 227-1975 (Fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIMEKA GRAHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS; a political subdivision of the State of Nevada; TERRY GRAHAM, an individual; OFFICER DOES 1-10, individually and in their official capacity as NLVPD officers, inclusive; OFFICER DOES 11-20, individually and in their official capacity as corrections officers for the CITY OF LAS VEGAS, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No. : 2:13-cv-01815-KJD-VCF<br><br><u>**ORDER TO EXTEND THE DEADLINE TO RESPOND TO CITY OF NORTH LAS VEGAS' MOTION FOR SUMMARY JUDGMENT, THE CITY OF LAS VEGAS' MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE CITY OF LAS VEGAS**</u> |

COMES NOW, Plaintiff and Defendants, by and through their respective counsel of record and hereby stipulate that the scheduled date of filing a response to the City of North Las Vegas' Motion for Summary Judgment, the City of Las Vegas' Motion for Summary Judgment, and Plaintiff's Motion for Partial Summary Judgment Against the City of Las Vegas, currently due on Thursday, June 4, 2015, be extended two weeks up to and including June 18, 2015.

This request for an extension of time is not sought for any improper purpose or for purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to prepare a response to the various motions.

/ / /

Plaintiff's counsel is currently scheduled to argue two cases in front of the Nevada Supreme Court, one on June 1, 2015, the other on June 16, 2015. Furthermore, Plaintiff's counsel also has a trial brief due on June 4, 2015.

WHEREFORE, the parties respectfully request that this Court extend the response to the City of North Las Vegas's Motion for Summary Judgment, the City of Las Vegas' Motion for Summary Judgment, and Plaintiff's Motion for Partial Summary Judgment Against the City of Las Vegas deadline for two weeks up to and including June 18, 2015.

Dated this __15__ day of May, 2015.

ALDRICH LAW FIRM, LTD.

____/s/ John P. Aldrich____
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

Dated this __15__ day of May, 2015.

LEWIS BRISBOIS BISGAARD SMITH, LLP

____/s/Robert W. Freeman____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89117
*Attorneys for Defendants*
*City of North Las Vegas, North Las Vegas*
*Police Department, and Officer Terry Graham*

Dated this __15__ day of May, 2015.

DEPUTY CITY ATTORNEY - LAS VEGAS

____/s/Jack O. Eslinger____
Jack O. Eslinger, Esq.
Nevada Bar No. 8443
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas*

## ORDER

IT IS SO ORDERED.

Dated this __22nd__ day of __May__, 2015.

_____
U.S. DISTRICT JUDGE