ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendants
    City of North Las Vegas, North Las
    Vegas Police Department, and Terry
    Graham

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| SHIMEKA GRAHAM, | CASE NO. 2-13-cv-1815-KJD-VCF |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR THE FILING OF REPLY BRIEFS FOR ALL PENDING MOTIONS** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada ; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; TERRY GRAHAM, an individual; OFFICER DOES 1-10, individually and in their official capacity as NLVPD officers, inclusive; OFFICER DOES 11-20, and in their official capacity as corrections officers for the CITY OF LAS VEGAS, inclusive; and ROE CORPORATIONS I-X, inclusive, | **(First Request)** |
| Defendants. | |

COMES NOW, Plaintiff and Defendants, by and through their respective counsel of record and hereby stipulate that the scheduled date of filing the reply briefs for all pending Motions, specifically, North Las Vegas Defendant's Motion for Summary Judgment, Plaintiff's Motion for Partial Summary Judgment against the City of Las Vegas Regarding Liability and Defendant City of Las Vegas' Motion for Summary Judgment be extended.  Currently the replies are due on Tuesday, July 6, 2015 and the parties jointly request the replies be extended 21 days up to and including July 27, 2015.

4832-4903-7093.1

WHEREFORE, the parties respectfully request that the Court extend the date to reply to all pending motions from Monday, July 6, 2015, up to and including Monday, July 27, 2015.

Dated this 23rd day of June, 2015.  Dated this 23rd day of June, 2015.

| LEWIS BRISBOIS BISGAARD SMITH, LLP | ALDRICH LAW FIRM, LTD |
|---|---|
| /s/ Robert W. Freeman | /s/ John P. Aldrich |
| Robert W. Freeman, Esq. | John P. Aldrich, Esq. |
| Nevada Bar No. 3062 | Nevada Bar No. 6877 |
| 6385 S. Rainbow Boulevard, Suite 600 | Stephanie Copper, Esq. |
| Las Vegas, Nevada 89118 | Nevada Bar No. 5919 |
| Attorney for Defendants | 1601 S. Rainbow Blvd., Suite 160 |
| City of North Las Vegas, North Las Vegas Police Department, and Officer Terry Graham | Las Vegas, Nevada 89146 *Attorneys for Plaintiff* |

Dated this 23rd day of June, 2015.

DEPUTY CITY ATTORNEY – LAS VEGAS

/s/ Jack O. Eslinger
Jack O. Eslinger, Esq.
Nevada Bar No. 8443
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas*

## ORDER

IT IS SO ORDERED.

Dated this 24th day of June, 2015.

_____
U.S. DISTRICT COURT JUDGE

4832-4903-7093.1                            2