UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHIMEKA GRAHAM, | Case No.: 2:13-CV-01815-KJD-VCF |
| Plaintiff, | |
| v. | ORDER |
| CITY OF NORTH LAS VEGAS, ET. AL., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Judicial Settlement Conference (#50).  Defendants did not file a response in opposition.

Plaintiff requests that this matter be set for a Judicial Settlement Conference pursuant to Local Rule 16-5 of the United States District Court for the District of Nevada.  According to Plaintiff, a settlement conference has been suggested and discussed between the parties, yet Defendant City of Las Vegas declined to participate and the City of North Las Vegas had not yet determined whether it would agree to a settlement conference as of the date this Motion was filed.

The Court may, in its discretion and at any time, set any appropriate civil case for settlement conference, summary jury trial, or other alternative method of dispute resolution. LR 16-5. Settlement conferences are ordinarily conducted by magistrate judges following the

submission of a Joint Pretrial Order and setting of a trial date.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Settlement Judicial Conference (#50) is **DENIED without prejudice**; IT IS FURTHER ORDERED that the parties file their Joint Pretrial Order within 30 days of the filing of this Order.

DATED this 21st day of December 2015.

Kent J. Dawson
United States District Judge