John P. Aldrich
Nevada Bar No.: 6877
Catherine Hernandez
Nevada Bar No.: 8410
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 227-1975 (Fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIMEKA GRAHAM, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS; a political subdivision of the State of Nevada; TERRY GRAHAM, an individual; OFFICER DOES 1-10, individually and in their official capacity as NLVPD officers, inclusive; OFFICER DOES 11-20, individually and in their official capacity as corrections officers for the CITY OF LAS VEGAS, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. : 2:13-cv-01815-KJD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING JOINT PRETRIAL ORDER** <br> (second request) |

Plaintiff, and Defendant City of Las Vegas herein stipulate and respectfully request that the Court extend the deadline for the parties to file their joint pretrial order for three weeks from December 21, 2015 to January 11, 2016. Pursuant to the Discovery Plan and Scheduling Order filed on December 18, 2013, Document 19, Section 3(e) regarding the Pretrial Order, the date to prepare the pretrial order was suspended if dispositive motions were timely filed. Dispositive motions were timely filed in this case and subsequently ruled upon on November 11, 2015. The Parties thus had 30 days from the date the dispositive motion were ruled upon to file a joint pretrial order, making the current deadline to file the joint pretrial order December 21, 2015.

Page 1 of 2

Plaintiff and Defendants are diligently working on the joint pretrial order but need additional time to complete the submission. Mr. Eslinger has been tied up with depositions and completing the joint pretrial order has further been complicated by the upcoming holidays.

Dated this 21st day of December, 2015.

ALDRICH LAW FIRM, LTD.

/s/Catherine Hernandez
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

Dated this 21st day of December, 2015.

DEPUTY CITY ATTORNEY - LAS VEGAS

/s/Jack O. Eslinger
Jack O. Eslinger, Esq.
Nevada Bar No. 8443
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas*

## ORDER

IT IS SO ORDERED.

Dated this __23rd__ day of __December__, 2015.

_____
KENT J. DAWSON, U.S. DISTRICT JUDGE