BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jeslinger@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIMEKA GRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS; a political subdivision of the State of Nevada; TERRY GRAHAM, an individual; OFFICER DOES 1-10, individually and in their official capacity as NLVPD officers, inclusive; OFFICER DOES 11-20, individually and in their official capacity as corrections officers for the CITY OF LAS VEGAS, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01815-KJD-VCF<br><br>**STIPULATION AND REQUEST TO VACATE SETTLEMENT CONFERENCE** |

Defendant City of Las Vegas (hereinafter referred to as "City") through its attorneys BRADFORD R. JERBIC, City Attorney, by JACK O. ESLINGER, Deputy City Attorney, and Plaintiff Shimeka Graham, through her attorney JOHN ALDRICH, ESQ., and hereby submits this Stipulation and Request to Vacate Settlement Conference.

The parties have come to an agreement regarding the settlement of this matter and the settlement has been included on the agenda of the Las Vegas City Council meeting on January 4, 2017 for final approval.

There is currently a settlement conference scheduled for January 11, 2017 and the settlement statements are due on January 4, 2017 by 4 p.m., which the parties request that the dates be vacated due to the settlement agreement reached in this matter.

DATED this 20th day of December, 2016.        DATED this 20th day of December, 2016.

BRADFORD R. JERBIC                                              ALDRICH LAW FIRM, LTD.
City Attorney

By:   /s/ Jack O. Eslinger                                            By:   /s/ Catherine Hernandez
      JACK O. ESLINGER                                              CATHERINE HERNANDEZ, ESQ.
      Deputy City Attorney                                             Nevada Bar No. 8410
      Nevada Bar No. 8443                                              JOHN P. ALDRICH, ESQ.
      495 South Main Street, Sixth Floor                     Nevada Bar No. 6877
      Las Vegas, NV 89101                                                1601 S. Rainbow Blvd., Suite 160
      Attorneys for CITY OF LAS VEGAS                     Las Vegas, NV 89146
                                                                                    Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated this   20th   day of December, 2016.

_____
U.S. MAGISTRATE JUDGE