UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIMEKA GRAHAM,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS; a political subdivision of the State of Nevada; TERRY GRAHAM, an individual; OFFICER DOES 1-10, individually and in their official capacity as NLVPD officers, inclusive; OFFICER DOES 11-20, individually and in their official capacity as corrections officers for the CITY OF LAS VEGAS, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendant. | CASE NO. 2:13-CV-01815-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Shimeka Graham, by and through her attorney Catherine Hernandez, Esq., of Aldrich Law Firm, and Defendant City of Las Vegas, by and through its attorneys, Bradford R. Jerbic, City Attorney, by Jack O. Eslinger, Deputy City Attorney, and representing that a trial date of February 6, 2017 at 9:00 a.m. was previously set by the Court pursuant to Minute Order in Chambers on September 13, 2016, ECF No. 60, and hereby stipulate to dismissal with prejudice.

///

On January 4, 2017 the parties settled this matter and the City Council approved the settlement.

IT IS HEREBY STIPULATED AND AGREED that this matter is hereby dismissed with prejudice.

DATED: January, 2017

_____
JACK O. ESLINGER
Deputy City Attorney
CITY OF LAS VEGAS
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for Defendant

DATED: January, 2017

_____
CATHERINE HERNANDEZ, ESQ.
ALDRICH LAW FIRM, LTD.
Nevada Bar No. 8410
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
Attorneys for Plaintiff

**ORDER**

_____
The Honorable Kent J. Dawson
United States District Judge

DATED: 1/10/2017